RICHARD J. DENATALE (SBN 121416)
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Telephone No.  (415) 773-5700
Facsimile No.:  (415) 773-5759
Email: rdenatale@orrick.com

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN ENVIRONMENTAL CONSULTANTS, INC. et al.,<br><br>Defendants. | CASE NO. 2:10-CV-02806-LKK-GGH<br><br>**JOINT STIPULATION AND ORDER TO EXTEND RESPONSE DATE** |

WHEREAS Plaintiffs American Casualty Company of Reading, Pennsylvania, and National Fire Insurance Company of Hartford, successor by merger to Transcontinental Insurance Company ("Plaintiffs") served defendant Pacific Gas and Electric ("PG&E") with the complaint on file in this action on October 26, 2010;

WHEREAS, the docket sheet states that PG&E's answer or other responsive pleading was initially due November 16, 2010;

WHEREAS, Plaintiffs have agreed that PG&E may have until January 10, 2011 to file an answer or other responsive pleading in order to enable PG&E to obtain outside counsel to represent it in this proceeding and become familiar with the facts and legal issues herein;

WHEREAS, on or about December 13, 2010, Richard DeNatale of Orrick Herrington &

Sutcliffe LLP was retained by PG&E as outside counsel in this action;

WHEREAS, counsel for PG&E have not sought any previous extensions of time from the Court.

Pursuant to Local Rule 144, Plaintiffs, defendant Western Environmental Consultants, Inc. ("Western") and defendant PG&E, HEREBY STIPULATE AND AGREE that PG&E shall have up to and including Monday, January 10, 2011 to answer or otherwise respond to the complaint filed by Plaintiffs.

DATED:  December 21, 2010        **ORRICK HERRINGTON & SUTCLIFFE LLP**

By:  */S/ Richard J. DeNatale*
Richard J. DeNatale

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

DATED:  December 21, 2010        **WOOLS & PEER**

By:  */S/ John E. Peer*
John E. Peer

Attorneys for Plaintiffs
AMERICAN CASUALTY COMPANY
OF READING, PENNSYLVANIA, and NATIONAL
FIRE INSURANCE COMPANY OF HARTFORD,
successor by merger to TRANSCONTINENTAL
INSURANCE COMPANY

DATED:  December 21, 2010        **COVINGTON & BURLING LLP**

By:  */S/ Esta L. Brand*
Esta L. Brand

Attorneys for Defendant
WESTERN ENVIRONMENTAL CONSULTANTS

1   **IT IS SO ORDERED**.

2

3   Dated: December 23, 2010.

4

5   _____
    LAWRENCE K. KARLTON
6   SENIOR JUDGE
    UNITED STATES DISTRICT COURT
7