1  JOHN E. PEER, CA State Bar No. 95978
   JEFFREY A. DOLLINGER, CA State Bar No. 146582
2  **WOOLLS & PEER**
   A Professional Corporation
3  One Wilshire Boulevard, 22nd Floor
   Los Angeles, California 90017
4  Telephone:   (213) 629-1600
   Facsimile:   (213) 629-1660
5  jpeer@woollspeer.com
   jdollinger@woollspeer.com
6
   Attorneys for Plaintiffs
7  American Casualty Company of
   Reading, Pennsylvania, and National Fire
8  Insurance Company of Hartford,
   successor by merger to Transcontinental
9  Insurance Company

10

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by merger to TRANSCONTINENTAL INSURANCE COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WESTERN ENVIRONMENTAL CONSULTANTS, INC., a California Corporation; and PACIFIC GAS & ELECTRIC COMPANY, a California Corporation; LEXINGTON INSURANCE COMPANY; UNDERWRITERS AT LLOYD'S LONDON,<br><br>　　　　　Defendants. | Case No.:  2:10-CV-02806-LKK-GGH<br><br><br>**ORDER CONTINUING THE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

**WOOLLS & PEER**
A PROFESSIONAL CORPORATION
ONE WILSHIRE BOULEVARD, 22ND FLOOR
LOS ANGELES, CALIFORNIA 90017

It is hereby ORDERED that the Status (Pretrial Scheduling) Conference is continued to March 28, 2011 at 2:00 p.m.  The parties shall file their status reports fourteen (14) days prior to the status conference.

**IT IS SO ORDERED.**


DATED:  January 4, 2011.



LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

WOOLLS & PEER
A PROFESSIONAL CORPORATION
ONE WILSHIRE BOULEVARD, 22ND FLOOR
LOS ANGELES, CALIFORNIA 90017