JOHN E. PEER, CA State Bar No. 95978
JEFFREY A. DOLLINGER, CA State Bar No. 146582
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:   (213) 629-1660
jpeer@woollspeer.com
jdollinger@woollspeer.com

Attorneys for Plaintiffs/Counter-Defendants
American Casualty Company of
Reading, Pennsylvania, and National Fire
Insurance Company of Hartford,
successor by merger to Transcontinental
Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by merger to TRANSCONTINENTAL INSURANCE COMPANY,<br><br>        Plaintiffs,<br>   v.<br><br>WESTERN ENVIRONMENTAL CONSULTANTS, INC., a California Corporation; and PACIFIC GAS & ELECTRIC COMPANY, a California Corporation; LEXINGTON INSURANCE COMPANY; UNDERWRITERS AT LLOYD'S LONDON,<br><br>        Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.: 2:10-CV-02806-LKK-GGH<br><br>**ORDER EXTENDING THE TIME FOR AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA AND NATIONAL FIRE INSURANCE COMPANY OF HARTFORD TO RESPOND TO THE COUNTERCLAIM OF LEXINGTON INSURANCE COMPANY** |

PRINTED ON RECYCLED PAPER

230641.1

1

2:10-CV-02806-LKK-GGH
[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIM

It is hereby ORDERED that time for American Casualty Company of Reading, Pennsylvania and National Fire Insurance Company of Hartford to respond to the Counterclaim of Lexington Insurance Company is extended until March 3, 2011.

**IT IS SO ORDERED.**

DATED: January 28, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

WOOLLS & PEER
A PROFESSIONAL CORPORATION
ONE WILSHIRE BOULEVARD, 22ND FLOOR
LOS ANGELES, CALIFORNIA 90017

PRINTED ON RECYCLED PAPER
230641.1
2
2:10-CV-02806-LKK-GGH
[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIM