James P. Wagoner, # 058553
Email: jim.wagoner@mccormickbarstow.com
Michael J. Schmidt, # 257371
Email: michael.schmidt@mccormickbarstow.com
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendant, Counterclaimant and Crossclaimant LEXINGTON INSURANCE COMPANY

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by merger to TRANSCONTINENTAL INSURANCE COMPANY,<br><br>Plaintiffs,<br>v.<br>WESTERN ENVIRONMENTAL CONSULTANTS, INC., a California Corporation; and PACIFIC GAS & ELECTRIC COMPANY, a California Corporation; LEXINGTON INSURANCE COMPANY; UNDERWRITERS AT LLOYD'S LONDON,<br><br>Defendants. | Case No.  2:10-cv-02806-LKK-GGH<br><br>**ORDER EXTENDING TIME FOR LEXINGTON INSURANCE COMPANY TO RESPOND TO CROSS-CLAIM OF PACIFIC GAS & ELECTRIC COMPANY AND EXTENDING TIME FOR PACIFIC GAS & ELECTRIC COMPANY TO RESPOND TO CROSS-CLAIM OF LEXINGTON INSURANCE COMPANY** |
| LEXINGTON INSURANCE COMPANY<br><br>Counterclaimant<br>v.<br>AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by merger to TRANSCONTINENTAL INSURANCE COMPANY,<br><br>Counterdefendants. | |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO CROSS-CLAIMS  2:10-CV-02806-LKK-GGH

| | |
|---|---|
| 1 | LEXINGTON INSURANCE COMPANY |
| 2 | Cross-Claimant |
| 3 | v. |
| 4 | WESTERN ENVIRONMENTAL CONSULTANTS, INC., a California Corporation; PACIFIC GAS & ELECTRIC COMPANY, a California Corporation; and UNDERWRITERS AT LLOYD'S LONDON, |
| 5 | |
| 6 | |
| 7 | Cross-Defendants. |

1   It is hereby ORDERED that the time for LEXINGTON INSURANCE COMPANY to respond to the cross-claim of PACIFIC GAS & ELECTRIC COMPANY is extended until February 28, 2011.

It is also hereby ORDERED that the time for PACIFIC GAS & ELECTRIC COMPANY to respond to the first amended cross-claim of LEXINGTON INSURANCE COMPANY is extended until February 28, 2011.

IT IS SO ORDERED.

Dated: February 16, 2011

03674/01987-1683529.v1

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT