1    DAVID B. GOODWIN (Bar No. 104469)
     ESTA L. BRAND (Bar No. 83329)
2    E-mail:  ebrand@cov.com
     MATTHEW J. STEILEN (Bar No. 264236)
3    E-mail:  msteilen@cov.com
     **COVINGTON & BURLING LLP**
4    One Front Street, 35th Floor
     San Francisco, CA  94111
5    Telephone:  (415) 591-6000
     Facsimile:  (415) 591-6091
6
     Attorneys for Defendant
7    Western Environmental Consultants, Inc.

8

9

10                    **UNITED STATES DISTRICT COURT**

11               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12
     AMERICAN CASUALTY COMPANY OF            Civil Case No. 2:10-CV-02806-LKK-GGH
13   READING, PENNSYLVANIA, ET AL.,

14        Plaintiffs,                        **STIPULATION AND ORDER
                                             EXTENDING WESTERN
15        v.                                 ENVIRONMENTAL CONSULTING,
                                             INC.'S DEADLINE TO RESPOND TO
16   WESTERN ENVIRONMENTAL                   LEXINGTON INSURANCE
     CONSULTANTS, INC., et al.               COMPANY'S AMENDED CROSS-
17                                           CLAIM
          Defendants.
18                                           **Judge:    Hon. Lawrence K. Karlton**

19

20        WHEREAS, Co-Defendant Lexington Insurance Company ("Lexington") filed an

21   amended cross-claim in this action against WECI on January 31, 2011;

22        WHEREAS, WECI's response to Lexington's amended cross-claim is presently due on

23   March 3, 2011, having been once extended by 28 days, [Dkt. # 32];

24        WHEREAS, co-Defendants Underwriters at Lloyd's London ("Lloyd's") and Pacific

25   Gas & Electric Company notified all  parties that during the next week they each intend to file a

26   Motion to Stay this action pending the resolution of related underlying litigation;

27        WHEREAS, WECI does not want to incur the expense of filing answers, cross-claims

28   and counter-claims if this matter is to be stayed;

1    WHEREAS, WECI has requested that the parties agree to extending WECI's deadline to

2    respond to Lexington's amended cross-claim until two weeks after service of this an order of

3    this Court either denying or lifting the stay of the action, whichever is later;

4    IT IS HEREBY STIPULATED, by and between counsel for Lexington, Pacific Gas &

5    Electric Company, Inc., American Casualty Company of Reading, Pennsylvania and National

6    Fire Insurance Company of Hartford, Lloyd's, and WECI, that the deadline for WECI to

7    respond to Lexington's amended cross-claim should be extended until two weeks after service

8    of an order of this Court either denying or lifting the stay of this action, whichever is later.

9    Pursuant to E.D. Cal. L.R. 144(a) (Fed. R. Civ. P.6), the parties ask the Court to approve the

10   extension as indicated by the Order below.

11

12                                          Respectfully submitted,

13

14   Dated:    March 1, 2011              **COVINGTON & BURLING LLP**

15

16                                        By____/s/ Esta L. Brand_____
                                                   Esta L. Brand
17                                           Attorneys for Defendant
                                          Western Environmental Consultants, Inc.
18

19   Dated:    March 1, 2011              **McCORMICK, BARSTOW, SHEPPARD,**
                                          **WAYTE & CARRUTH LLP**
20

21

22                                        By____/s/ Michael Joseph Schmidt_____
                                               (as authorized on 03/01/2011)
23                                             Michael Joseph Schmidt
                                               Attorneys for Defendant
24                                              Lexington Insurance Company

25

26   Dated:    March 1, 2011              **ORRICK, HERRINGTON &**
                                          **SUTCLIFFE LLP**

27

                                          - 2 -
28   _____
     STIPULATION AND PROPOSED ORDER EXTENDING WESTERN ENVIRONMENTAL CONSULTING,
     INC.'S DEADLINE TO RESPOND TO LEXINGTON INSURANCE COMPANY'S AMENDED CROSS-
     CLAIM
     Case No. 2:10-CV-02806-LKK-GGH

1

2
By____/s/ Richard DeNatale_____
(as authorized on 03/01/2011)

3
Richard DeNatale
Attorneys for Defendant

4
Pacific Gas & Electric Company

5
Dated:    March 1, 2011          **WOOLS & PEER, PC**

6

7
By    ____/s/ John E. Peer_____

8
(as authorized on 03/01/2011)
John E. Peer
Attorneys for Plaintiffs

9
American Casualty Company Of Reading,
Pennsylvania and National Fire Insurance

10
Company of Hartford, successor by merger to
Transcontinental Insurance Company

11

12
Dated:    March 1, 2011          **JAMPOL ZIMET LLP**

13

14
By____/s/ Alan Jampol_____

15
(as authorized on 03/01/2011)
Alan Jampol

16
Attorneys for Defendant
Underwriters at Lloyd's London

17

18
IT IS SO ORDERED.

19
Dated:  March 3, 2011

20

21

22
LAWRENCE K. KARLTON
SENIOR JUDGE

23
UNITED STATES DISTRICT COURT

24

25

26

27

28
- 3 -