1   RICHARD J. DENATALE (STATE BAR NO. 121416)
    *rdenatale@orrick.com*
2   STEPHEN M. KNASTER (STATE BAR NO. 146236)
    *sknaster@orrick.com*
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
4   405 Howard Street
    San Francisco, CA  94105-2669
5   Telephone:     +1-415-773-5700
    Facsimile:      +1-415-773-5759
6
    STACY E. DON (STATE BAR NO. 226737)
7   *sdon@orrick.com*
    ORRICK, HERRINGTON & SUTCLIFFE LLP
8   400 Capitol Mall, Suite 3000
    Sacramento, CA  95814-4497
9   Telephone:     +1-916-447-9200
    Facsimile:      +1-916-329-4900
10
    MARK H. PENSKAR (SBN 77725)
11  *mhp5@pge.com*
    PACIFIC GAS AND ELECTRIC COMPANY
12  P.O. Box 7442
    San Francisco, CA 94120
13  Telephone:  (415) 972-5672
    Facsimile:  (415) 973-5520
14
    Attorneys for Defendant
15  Pacific Gas and Electric Company

16                     UNITED STATES DISTRICT COURT

17                     EASTERN DISTRICT OF CALIFORNIA

18

19  AMERICAN CASUALTY COMPANY           CASE NO. 2:10-CV-02806-LKK-GGH
    OF READING, PENNSYLVANIA, et al.,
20
              Plaintiffs,
21                                      **JOINT STIPULATION AND ORDER FOR
         v.                             CONTINUANCE OF STATUS
22                                      CONFERENCE**
    WESTERN ENVIRONMENTAL
23  CONSULTANTS, INC. et al.,

24            Defendants.

25

26
         WHEREAS, the parties are currently scheduled to appear before the Court for a Status
27
    Conference on March 28, 2011 at 2:00;
28

                              -1-        CASE NO. 2:10-CV-02806-LKK-GGH

1   WHEREAS, the Status Conference was initially scheduled for January 18, 2011 but was

2   continued to March 28, 2011 pursuant the Court's January 4, 2011 Order Continuing the Status

3   Conference;

4   WHEREAS,  Richard DeNatale of Orrick, Herrington & Sutcliffe LLP, lead counsel for

5   defendant Pacific Gas & Electric Company, is having surgery on March 28, 2011 and thus will

6   be unable to attend the Status Conference on that date;

7   The parties HEREBY STIPULATE AND AGREE that the Status Conference previously

8   scheduled for March 28, 2011 is continued to April 25, 2011 at 3:30 p.m.

9   / / /

10   / / /

11   DATED:  March 7, 2011              **ORRICK HERRINGTON & SUTCLIFFE LLP**

12
13   By:  _____/s/ Richard J. DeNatale_____
                                         Richard J. DeNatale
14                                       Attorneys for Defendant
                                    PACIFIC GAS AND ELECTRIC COMPANY
15
     DATED:  March 7, 2011              **WOOLS & PEER**
16
17   By:  _____/s/ Jeffrey A. Dollinger_____
                                         (as authorized on 3/7/2011)
18                                       Jeffrey A. Dollinger
                                         John E. Peer
19                                       Attorneys for Plaintiffs
                                    AMERICAN CASUALTY COMPANY
20                                  OF READING, PENNSYLVANIA, and NATIONAL
                                    FIRE INSURANCE COMPANY OF HARTFORD,
21                                  successor by merger to TRANSCONTINENTAL
                                         INSURANCE COMPANY
22
23   DATED:  March 6, 2011              **COVINGTON & BURLING LLP**
24
25   By:  _____/s/ Esta L. Brand_____
                                         (as authorized on 3/6/2011)
26                                       Esta L. Brand
                                         Attorneys for Defendant
27                                  WESTERN ENVIRONMENTAL CONSULTANTS
28

CASE NO. 2:10-CV-02806-LKK-GGH

JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE
OHS West:261101613.2

DATED:  March 4, 2011

**JAMPOL ZIMET LLP**

By:  _____/s/ Marcus Dong_____
                        (as authorized on 3/4/2011)
                        Alan R. Jampol
                        Marcus Dong
                        Attorneys for Defendant
            UNDERWRITERS AT LLOYD'S LONDON

DATED:  March 7, 2011

**MCCORMICK BARSTOW LLP**

By:  _____/s/ Michael Schmidt_____
                        (as authorized on 3/7/2011)
                        James P. Wagoner
                        Michael Schmidt
                        Attorneys for Defendant
            LEXINGTON INSURANCE COMPANY

**IT IS SO ORDERED**.

Dated:  March 8, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE
OHS West:261101613.2