1  RICHARD J. DENATALE (SBN 121416)
   *Email:  rdenatale@orrick.com*
2  STEPHEN M. KNASTER (SBN 146236)
   *Email:  sknaster@orrick.com*
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:     (415) 773-5700
   Facsimile:     (415) 773-5759
6
   STACY E. DON (SBN 226737)
7  *Email: sdon@orrick.com*
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  400 Capitol Mall, Suite 3000
   Sacramento, CA  95814-4497
9  Telephone:     (916) 447-9200
   Facsimile:     (916) 329-4900
10
   MARK H. PENSKAR (SBN 77725)
11 *Email:  mhp5@pge.com*
   PACIFIC GAS AND ELECTRIC COMPANY
12 P.O. Box 7442
   San Francisco, CA  94120
13 Telephone:     (415) 972-5672
   Facsimile:     (415) 973-5520
14
   Attorneys for Defendant
15 PACIFIC GAS AND ELECTRIC COMPANY

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by merger to TRANSCONTINENTAL INSURANCE COMPANY,<br><br>                    Plaintiffs,<br><br>          v.<br><br>WESTERN ENVIRONMENTAL CONSULTANTS, INC., a California corporation; and PACIFIC GAS & ELECTRIC COMPANY, a California corporation; LEXINGTON INSURANCE COMPANY; UNDERWRITERS AT LLOYD'S LONDON,<br><br>                    Defendants. | **CASE NO.  2:10-CV-02806-LKK-GGH**<br><br>**JOINT STIPULATION AND ORDER REGARDING PLAINTIFFS' FILING OF A FIRST AMENDED COMPLAINT AND RESPONSES THERETO**<br><br>**Judge:  Honorable Lawrence K. Karlton** |

OHS West:261103750.1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
PLAINTIFFS' FILING OF A FIRST AMENDED COMPLAINT
AND RESPONSES THERETO - 2:10-cv-02806-LKK-GGH

**WHEREAS,** on February 28, 2011, plaintiffs filed a motion for leave to file a First Amended Complaint ("FAC") (Docket No. 50) due to new facts arising subsequent to the filing of the original complaint;

**WHEREAS**, plaintiffs' motion for leave to amend is currently set for hearing in this Court on April 25, 2011;

**WHEREAS**, because the parties have agreed to stipulate to the filing of the FAC, plaintiffs have agreed to withdraw their motion for leave to amend the original complaint and to vacate the hearing date on said motion, and have also agreed to set a date for defendants' responses to the FAC;

**WHEREAS**, plaintiffs have agreed to file the FAC on or before March 11, 2011, or as soon as practicable after the Court rules on this stipulation and proposed order;

**WHEREAS**, certain of the defendants expect to file motion(s) to stay this action and anticipate calendaring a hearing on said motions for April 25, 2011;

**WHEREAS**, the parties agree that defendants may respond to the FAC on or before May 6, 2011.

**IT IS HEREBY STIPULATED THAT**:

1. Plaintiffs shall file their FAC on or before March 11, 2011, or as soon as practicable after the Court rules on this stipulation and proposed order;

2. Plaintiffs hereby withdraw their motion for leave to file the FAC, and vacate the hearing date, upon the Court's granting of this stipulation and proposed order;

3. Defendants shall file responsive pleadings to the FAC on or before Friday, May 6, 2011.

DATED: March 10, 2011        **ORRICK HERRINGTON & SUTCLIFFE LLP**

By: _*/s/ Richard J. DeNatale*_
Richard J. DeNatale
Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

| | |
|---|---|
| DATED: March 10, 2011 | **WOOLS & PEER** |

By:         */s/ Jeffrey A. Dollinger*
(as authorized on 3/8/2011)
Jeffrey A. Dollinger
John E. Peer
Attorneys for Plaintiffs
AMERICAN CASUALTY COMPANY
OF READING, PENNSYLVANIA, and NATIONAL
FIRE INSURANCE COMPANY OF HARTFORD,
successor by merger to TRANSCONTINENTAL
INSURANCE COMPANY

DATED: March 10, 2011      **COVINGTON & BURLING LLP**

By:         */s/ Esta L. Brand*
(as authorized on 3/8/2011)
Esta L. Brand
Attorneys for Defendant
WESTERN ENVIRONMENTAL CONSULTANTS

DATED: March 10, 2011      **JAMPOL ZIMET LLP**

By:         */s/ Marcus Dong*
(as authorized on 3/8/2011)
Alan R. Jampol
Marcus Dong
Attorneys for Defendant
UNDERWRITERS AT LLOYD'S LONDON

DATED: March 10, 2011      **MCCORMICK BARSTOW LLP**

By:         */s/ Michael Schmidt*
(as authorized on 3/10/2011)
James P. Wagoner
Michael Schmidt
Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

**IT IS SO ORDERED**.

Dated: March 11, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT