UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMERICAN CASUALTY COMPANY
OF READING, PENNSYLVANIA,
et al.,

        Plaintiffs,

    v.

WESTERN ENVIRONMENTAL
CONSULTANTS, INC., et al.,

        Defendants.
_____/

NO. CIV. S-10-2806 LKK/GGH

O R D E R

A hearing on defendant Lexington Insurance Company's ("Lexington") Motion to Dismiss, ECF. No. 47, is currently set for April 11, 2011. In the motion, Lexington seeks to dismiss defendant and cross-claimant PG&E's request for attorney's fees. PG&E has filed a statement of non-opposition to the motion. ECF No. 64. Accordingly the court orders as follows:

    [1] The hearing currently scheduled for April 11, 2011, is
    VACATED.

////

1

1   [2] Lexington's Motion to Dismiss, ECF No. 47 is GRANTED.
2   [3] The request for attorney's fees in PG&E's cross claim,
3   ECF No. 23 14:24, is DISMISSED without prejudice.
4   IT IS SO ORDERED.
5   DATED: April 7, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2