James P. Wagoner, # 058553
Email: jim.wagoner@mccormickbarstow.com
Michael J. Schmidt, # 257371
Email: michael.schmidt@mccormickbarstow.com
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendant, Counterclaimant and Crossclaimant LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by merger to TRANSCONTINENTAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN ENVIRONMENTAL CONSULTANTS, INC., a California Corporation; and PACIFIC GAS & ELECTRIC COMPANY, a California Corporation; LEXINGTON INSURANCE COMPANY; UNDERWRITERS AT LLOYD'S LONDON,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.  2:10-CV-02806-GEB-EFB<br><br>**ORDER FOR CONTINUANCE OF HEARING ON MOTIONS TO STAY ACTION FILED BY PACIFIC GAS & ELECTRIC AND UNDERWRITERS AT LLOYD'S LONDON** |

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

ORDER FOR CONTINUANCE OF HEARING ON MOTIONS TO STAY   CASE NO.  2:10-CV-02806-GEB-EFB

It is hereby ORDERED that:

The hearing on Motions to Stay Action filed by Underwriters at Lloyd's London (Docket No. 62) and Pacific Gas & Electric Co. (Docket No. 65) previously scheduled for June 20, 2011 at 9:00 a.m. is continued to July 11, 2011 at 9:00 a.m.

IT IS SO ORDERED.

DATED: June 14, 2011

```
GARLAND E. BURRELL, JR.
United States District Judge
```

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

1

ORDER FOR CONTINUANCE OF HEARING ON MOTIONS TO STAY  CASE NO.  2:10-CV-02806-GEB-EFB