James P. Wagoner, # 058553
Email: jim.wagoner@mccormickbarstow.com
Michael J. Schmidt, # 257371
Email: michael.schmidt@mccormickbarstow.com
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendant, Counterclaimant and Crossclaimant LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by merger to TRANSCONTINENTAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN ENVIRONMENTAL CONSULTANTS, INC., a California Corporation; and PACIFIC GAS & ELECTRIC COMPANY, a California Corporation; LEXINGTON INSURANCE COMPANY; UNDERWRITERS AT LLOYD'S LONDON,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.  2:10-CV-02806-GEB-EFB<br><br>**ORDER FOR CONTINUANCE OF HEARING ON MOTIONS TO DISMISS FILED BY LEXINGTON INSURANCE COMPANY AND AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, AND NATIONAL FIRE INSURANCE COMPANY OF HARTFORD** |

/ / /

/ / /

/ / /

/ / /

/ / /

1  It is hereby ORDERED that:

2  The hearing on Motions to Dismiss filed by American Casualty Company of Reading,

3  Pennsylvania ("American Casualty") and National Fire Insurance Company of Hartford,

4  successor by merger to Transcontinental Insurance Company ("Transcontinental") (Docket No.

5  94) and Lexington Insurance Company (Docket No. 95) previously scheduled for July 11, 2011 at

6  9:00 a.m. is continued to August 8, 2011 at 9:00 a.m.

7  IT IS SO ORDERED.

8  DATED: June 14, 2011

10  GARLAND E. BURRELL, JR.
United States District Judge

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

1

ORDER FOR CONTINUANCE OF HEARING ON MOTIONS TO DISMISS CASE NO. 2:10-CV-02806-GEB-EFB