IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by merger to TRANSCONTINENTAL INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>    v.<br><br>WESTERN ENVIRONMENTAL CONSULTANTS, INC., a California Corporation; and PACIFIC GAS & ELECTRIC COMPANY, a California Corporation; LEXINGTON INSURANCE COMPANY; UNDERWRITERS AT LLOYD'S LONDON,<br><br>        Defendants.<br>_____<br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS<br>_____ | 2:10-cv-02806-GEB-EFB<br><br>ORDER |

On May 26, 2011, Plaintiffs filed a motion to dismiss the fifth and sixth claims for "Reformation" in Western Environmental Consultants, Inc.'s ("Western") Counterclaim. Western filed a statement of non-opposition to the dismissal motion. Therefore, Plaintiffs' dismissal motion is granted, and the fifth and sixth claims for Reformation in Western's Counterclaim are dismissed without prejudice.

Dated: August 30, 2011

                                          _____
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge