1  RICHARD J. DENATALE (SBN 121416)
   *Email:  rdenatale@orrick.com*
2  STEPHEN M. KNASTER (SBN 146236)
   *Email:  sknaster@orrick.com*
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759
6
   STACY E. DON (SBN 226737)
7  *Email:  sdon@orrick.com*
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  400 Capitol Mall, Suite 3000
   Sacramento, CA  95814-4497
9  Telephone:    (916) 447-9200
   Facsimile:    (916) 329-4900
10
   MARK H. PENSKAR (SBN 77725)
11 *Email:  mhp5@pge.com*
   PACIFIC GAS AND ELECTRIC COMPANY
12 P.O. Box 7442
   San Francisco, CA  94120
13 Telephone:    (415) 972-5672
   Facsimile:    (415) 973-5520
14
   Attorneys for Defendant
15 PACIFIC GAS AND ELECTRIC COMPANY

16              UNITED STATES DISTRICT COURT

17              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, and | **CASE NO.  2:10-CV-02806-GEB-EFB** |
| 19  NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by | |
| 20  merger to TRANSCONTINENTAL INSURANCE COMPANY, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO LEXINGTON INSURANCE COMPANY'S SECOND AMENDED COUNTERCLAIM AND CROSSCLAIM** |
| 21  | |
| 22              Plaintiffs, | |
| 23         v. | |
| 24  WESTERN ENVIRONMENTAL CONSULTANTS, INC., a California | **Judge:  Honorable Garland E. Burrell Jr.** |
| 25  corporation; and PACIFIC GAS & ELECTRIC COMPANY, a California | |
| 26  corporation; LEXINGTON INSURANCE COMPANY; UNDERWRITERS AT | |
| 27  LLOYD'S LONDON, | |
| 28              Defendants. | |

OHS WEST:261345325.1

JOINT STIPULATION AND  [PROPOSED] ORDER EXTENDING
TIME TO RESPOND  TO LEXINGTON INSURANCE
COMPANY'S SACC -  CASE NO. 2:10-cv-02806-GEB-EFB

1

2      **WHEREAS,** on September 15, 2011, Lexington Insurance Company ("Lexington"),

3  2011, filed its Second Amended Counterclaim and Crossclaim ("SACC") (Docket 118) naming

4  American Casualty Company of Reading, Pennsylvania ("American Casualty") and National Fire

5  Insurance Company of Hartford, successor by merger to Transcontinental Insurance Company

6  ("Transcontinental") as counterclaimants, and Pacific Gas and Electric ("PG&E) and Western

7  Environmental Consultants, Inc. ("WECI") as crossclaimants, collectively ("Responding

8  Parties");

9      **WHEREAS**, the Responding Parties responses to the SACC are currently due by

10  October 3, 2011;

11      **WHEREAS**, the parties to the underlying and related action styled *U.S.v. PG&E and*

12  *WECI*, Case No. 2:09-CV-02877-GEB-EFB  have agreed to a mediation which will be held on

13  October 3, 2011 (the "Mediation");

14      **WHEREAS**, Lexington, the Responding Parties, and Underwriters at Lloyd's ("Lloyds")

15  expect to send counsel or a representative to the Mediation and the parties to this action may seek

16  a resolution of this action as well at the Mediation;

17      **WHEREAS**, Lexington, the Responding Parties and Lloyds agree that the Responding

18  Parties may have until 3 weeks following the Mediation and no later than October 24, 2011 to

19  respond to the SACC.

20      **IT IS HEREBY STIPULATED THAT**:

21      The Responding Parties shall file responsive pleadings to the SACC on or before Monday,

22  October 24, 2011.

23

24  DATED:  September 26, 2011      RICHARD J. DENATALE
                                    STEPHEN M. KNASTER
25                                  **ORRICK HERRINGTON & SUTCLIFFE LLP**

26
                                    By:_____*/s/ Stephen M. Knaster*_____
27                                          STEPHEN M. KNASTER

28                                       Attorneys for Defendant
                                    PACIFIC GAS AND ELECTRIC COMPANY

DATED:  September 26, 2011

JEFFREY A. DOLLINGER
JOHN E. PEER
**WOOLS & PEER**

By: _____ */s/ Jeffrey A. Dollinger* _____
JEFFREY A. DOLLINGER
(as authorized on 9/26/2011)

Attorneys for Plaintiffs
AMERICAN CASUALTY COMPANY
OF READING, PENNSYLVANIA, and NATIONAL
FIRE INSURANCE COMPANY OF HARTFORD,
successor by merger to TRANSCONTINENTAL
INSURANCE COMPANY

DATED:  September 26, 2011

**COVINGTON & BURLING LLP**

By: _____ */s/ Esta L. Brand* _____
ESTA L. BRAND
(as authorized on 9/26/2011)

Attorneys for Defendant
WESTERN ENVIRONMENTAL CONSULTANTS

DATED:  September 26, 2011

ALAN R. JAMPOL
MARCUS DONG
**JAMPOL ZIMET LLP**

By: _____ */s/ Marcus Dong* _____
MARCUS CONG
(as authorized on 9/26/2011)

Attorneys for Defendant
UNDERWRITERS AT LLOYD'S LONDON

DATED:  September 26, 2011

JAMES P. WAGONER
MICHAEL SCHMIDT
**MCCORMICK BARSTOW LLP**

By: _____ */s/ James P. Wagoner* _____
JAMES P. WAGONER
(as authorized on 9/26/2011)

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

**IT IS SO ORDERED**.

DATED: September 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge