James P. Wagoner, # 058553
Email: jim.wagoner@mccormickbarstow.com
Michael J. Schmidt, # 257371
Email: michael.schmidt@mccormickbarstow.com
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant, Counterclaimant and Crossclaimant LEXINGTON INSURANCE COMPANY

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by merger to TRANSCONTINENTAL INSURANCE COMPANY,<br><br>    Plaintiffs,<br>v.<br>WESTERN ENVIRONMENTAL CONSULTANTS, INC., a California Corporation; and PACIFIC GAS & ELECTRIC COMPANY, a California Corporation; LEXINGTON INSURANCE COMPANY; UNDERWRITERS AT LLOYD'S LONDON,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.  2:10-CV-02806-GEB-EFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING LEXINGTON'S FILING OF A THIRD AMENDED COUNTERCLAIM AND CROSS-CLAIM AND RESPONSES THERETO**<br><br>**Judge: Honorable Garland E. Burrell, Jr.** |

/ / /

/ / /

/ / /

/ / /

/ / /

1  WHEREAS, on September 15, 2011, Lexington Insurance Company ("Lexington") filed a Second Amended Counterclaim and Cross-Claim ("SACC") (Docket No. 118);

WHEREAS counter-defendants American Casualty Company of Reading, Pennsylvania and National Fire Insurance Company of Hartford ("Counter-Defendants") and cross-defendants Pacific Gas & Electric Company and Western Environmental Consultants, Inc. ("Cross-Defendants"), pursuant to stipulation, are due to file a responsive pleading to the SACC on October 24, 2011 (Docket No. 120);

WHEREAS, Lexington seeks to file a Third Amended Counterclaim and Cross-Claim ("TACC"), to correct the allegations that appear in Paragraph 6 of the SACC by removing the words, "which applied solely to the named insured, Western" from Paragraph 6 in the TACC, and to attach as exhibits to the TACC certain documents referenced therein.

The parties hereby stipulate, through their attorneys, that:

1. Lexington shall file a Third Amended Counterclaim and Cross-Claim on or before October 26, 2011 that does not contain the words, "which applied solely to the named insured, Western" in Paragraph 6, and attaches certain documents referenced therein.

2. Cross-Defendants and Counter-Defendants shall not file responsive pleadings to Lexington's Second Amended Counterclaim and Cross-Claim, and shall file responsive pleadings to Lexington's Third Amended Counterclaim and Cross-Claim within 21 days of the filing of the Third Amended Counterclaim and Cross-Claim.

///
///
///
///
///
//
///
///
///

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING LEXINGTON'S FILING THIRD AMENDED COUNTERCLAIM AND CROSS-CLAIM AND RESPONSES THERETO - 2:10-CV-02806-GEB-EFB

| | |
|---|---|
| Dated: October 21, 2011 | WOOLS & PEER |
| | By: _s/ John E. Peer_ |
| | Jeffrey A. Dollinger |
| | John E. Peer |
| | Attorneys for Plaintiffs |
| | AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, AND NATIONAL FIRE INSURANCE OF HARTFORD, successor by merger to TRANSCONTINENTAL INSURANCE COMPANY |
| Dated: October 21, 2011 | COVINGTON & BURILING LLP |
| | By: _s/ Esta L. Brand_ |
| | Esta L. Brand |
| | Attorneys for Defendant |
| | WESTERN ENVIRONMENTAL CONSULTANTS |
| Dated: October 21, 2011 | JAMPOL ZIMET LLP |
| | By: _s/ Marcus Dong_ |
| | Alan R. Jampol |
| | Marcus Dong |
| | Attorneys for Defendant |
| | UNDERWRITERS AT LLOYD'S LONDON |
| Dated: October 21, 2011 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | By: _s/ Stephen M. Knaster_ |
| | Richard J. DeNatale |
| | Stephen M. Knaster |
| | Attorneys for Defendant |
| | PACIFIC GAS & ELECTRIC COMPANY |
| Dated: October 21, 2011 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By: _s/ Michael J. Schmidt_ |
| | James P. Wagoner |
| | Michael J. Schmidt |
| | Attorneys for Defendant |
| | LEXINGTON INSURANCE COMPANY |

2

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING LEXINGTON'S FILING THIRD AMENDED COUNTERCLAIM AND CROSS-CLAIM AND RESPONSES THERETO - 2:10-CV-02806-GEB-EFB

1  **IT IS SO ORDERED.**

3      **Date:  10/24/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING LEXINGTON'S FILING THIRD AMENDED COUNTERCLAIM AND CROSS-CLAIM AND RESPONSES THERETO - 2:10-CV-02806-GEB-EFB