1  James P. Wagoner, # 058553
   Email: jim.wagoner@mccormickbarstow.com
2  Michael J. Schmidt, # 257371
   Email: michael.schmidt@mccormickbarstow.com
3  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
4  P.O. Box 28912
   5 River Park Place East
5  Fresno, CA  93720-1501
   Telephone:    (559) 433-1300
6  Facsimile:    (559) 433-2300
   Attorneys for Defendant, Counterclaimant and
7  Cross-Claimant LEXINGTON INSURANCE
   COMPANY

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11

12  AMERICAN CASUALTY COMPANY          Case No.  2:10-CV-02806-GEB-EFB
    OF READING, PENNSYLVANIA, and
13  NATIONAL FIRE INSURANCE
    COMPANY OF HARTFORD,
14  successor by merger to               **JOINT STIPULATION AND
    TRANSCONTINENTAL                     [PROPOSED] ORDER CONTINUING
15  INSURANCE COMPANY,                   HEARING ON MOTION TO DISMISS
                                         AND TIME TO FILE OPPOSITION
16                Plaintiffs,            AND REPLY TO MOTION TO
                                         DISMISS**
17  v.
                                         **Judge: Honorable Garland E. Burrell, Jr.**
18  WESTERN         ENVIRONMENTAL
    CONSULTANTS, INC., a California
19  Corporation; and PACIFIC GAS &
    ELECTRIC COMPANY, a California
20  Corporation;         LEXINGTON
    INSURANCE          COMPANY;
21  UNDERWRITERS      AT   LLOYD'S
    LONDON,
22
                  Defendants.
23

24  AND RELATED CROSS-ACTIONS

25       WHEREAS, on October 26, 2011, Lexington Insurance Company ("Lexington")

26  filed a Third Amended Counterclaim and Cross-Claim ("TACC") (Docket No. 125);

27       WHEREAS  Counter-Defendants  American  Casualty  Company  of  Reading,

28  Pennsylvania ("American Casualty") and National Fire Insurance Company of Hartford

    ("National Fire") filed a Motion to Dismiss Lexington's TACC ("the Motion to Dismiss")

                                        1

1    on November 16, 2011 (Docket No. 126);

2        WHEREAS   Counter-Defendant   Western   Environmental   Consultants,   Inc.

3    ("WECI") filed a Notice of Joinder in the Motion to Dismiss on November 16, 2011

4    (Docket No. 127)

5        WHEREAS Counter-Defendant Pacific Gas & Electric Company ("PG&E") filed a

6    Notice of Joinder in the Motion to Dismiss on November 16, 2011 (Docket No. 128);

7        WHEREAS argument on the Motion to Dismiss is set to be heard on Monday,

8    January 23, 2012, at 9:00 a.m.;

9        WHEREAS, pursuant to Local Rule 230, Lexington's Opposition to the Motion to

10   Dismiss is due on Monday, January 9, 2012;

11       WHEREAS, pursuant to Local Rule 230, American Casualty and National Fire's

12   Reply to Lexington's Opposition to the Motion to Dismiss is due on Friday, January 13,

13   2012;

14       WHEREAS, there is presently a Status Conference in this case set for February 13,

15   2012 (Docket No. 130);

16       WHEREAS, the parties are actively working to resolve this dispute through

17   settlement, and believe this case may be resolved through settlement;

18       The parties hereby stipulate, through their attorneys, as follows:

19       (1)  With the Court's approval, the hearing on the Motion to Dismiss will be moved

20   to March 5, 2012;

21       (2)  In accordance with Local Rule 230, Lexington's Opposition to the Motion to

22   Dismiss will therefore be due on Monday, February 20, 2012; and

23       (3)  In accordance with Local Rule 230, American Casualty and National Fire's

24   Reply to Lexington's Opposition to the Motion to Dismiss will therefore be due on

25   Monday, February 27, 2012.

26   / / /

27   / / /

28

2

1   Dated:  January 6, 2012                    McCORMICK, BARSTOW, SHEPPARD,
                                                WAYTE & CARRUTH LLP
2
                                         By:_____ s/ Michael J. Schmidt_____
3                                                James P. Wagoner
                                                 Michael J. Schmidt
4                                               Attorneys for Defendant
                                         LEXINGTON INSURANCE COMPANY
5
    Dated: January 6, 2012                        WOOLS & PEER
6
                                         By:_____ s/ Jeffrey A. Dollinger _____
7
                                                 Jeffrey A. Dollinger
8                                               Attorneys for Plaintiffs
                                         AMERICAN CASUALTY COMPANY OF
9                                         READING, PENNSYLVANIA, AND
                                          NATIONAL FIRE INSURANCE OF
10                                        HARTFORD, successor by merger to
                                         TRANSCONTINENTAL INSURANCE
11                                                 COMPANY

12  Dated:  January 6, 2012                   COVINGTON & BURLING LLP

13                                       By:_____ s/ Esta L. Brand_____

14                                                 Esta L. Brand
                                                Attorneys for Defendant
15                                       WESTERN ENVIRONMENTAL
                                                 CONSULTANTS
16
    Dated:  January 6, 2012                   ORRICK HERRINGTON
17                                             & SUTCLIFFE  LLP

18                                       By: _____ s/ Stephen M. Knaster_____

19                                               Richard J. DeNatale
                                                 Stephen M. Knaster
20                                              Attorneys for Defendant
                                          PACIFIC GAS & ELECTRIC
21                                                  COMPANY
    Dated:  January 6, 2012                    JAMPOL ZIMET LLP
22
                                         By:_____ s/ Marcus Dong_____
23                                                 Alan R. Jampol
                                                   Marcus Dong
24                                              Attorneys for Defendant
                                                 UNDERWRITERS
25                                             AT LLOYD'S LONDON

26  **IT IS SO ORDERED.**

27  1/9/11                               _____
                                         GARLAND E. BURRELL, JR.
28                                       United States District Judge
                                                      3