James P. Wagoner, # 058553
Email: jim.wagoner@mccormickbarstow.com
Michael J. Schmidt, # 257371
Email: michael.schmidt@mccormickbarstow.com
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300
Attorneys for Defendant, Counterclaimant and
Cross-Claimant LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by merger to TRANSCONTINENTAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN ENVIRONMENTAL CONSULTANTS, INC., a California Corporation; and PACIFIC GAS & ELECTRIC COMPANY, a California Corporation; LEXINGTON INSURANCE COMPANY; UNDERWRITERS AT LLOYD'S LONDON,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.  2:10-CV-02806-GEB-EFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS AND TIME TO FILE OPPOSITION AND REPLY TO MOTION TO DISMISS**<br><br>**Judge: Honorable Garland E. Burrell, Jr.** |

WHEREAS, on October 26, 2011, Lexington Insurance Company ("Lexington") filed a Third Amended Counterclaim and Cross-Claim ("TACC") (Docket No. 125);

WHEREAS Counter-Defendants American Casualty Company of Reading, Pennsylvania ("American Casualty") and National Fire Insurance Company of Hartford ("National Fire") filed a Motion to Dismiss Lexington's TACC ("the Motion to Dismiss")

1

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS
AND TIME TO FILE OPPOSITION AND REPLY TO MOTION TO DISMISS       2:10-CV-02806-GEB-EFB

on November 16, 2011 (Docket No. 126);

WHEREAS Counter-Defendant Western Environmental Consultants, Inc. ("WECI") filed a Notice of Joinder in the Motion to Dismiss on November 16, 2011 (Docket No. 127)

WHEREAS Counter-Defendant Pacific Gas & Electric Company ("PG&E") filed a Notice of Joinder in the Motion to Dismiss on November 16, 2011 (Docket No. 128);

WHEREAS argument on the Motion to Dismiss is set to be heard on Monday, January 23, 2012, at 9:00 a.m.;

WHEREAS, pursuant to Local Rule 230, Lexington's Opposition to the Motion to Dismiss is due on Monday, January 9, 2012;

WHEREAS, pursuant to Local Rule 230, American Casualty and National Fire's Reply to Lexington's Opposition to the Motion to Dismiss is due on Friday, January 13, 2012;

WHEREAS, there is presently a Status Conference in this case set for February 13, 2012 (Docket No. 130);

WHEREAS, the parties are actively working to resolve this dispute through settlement, and believe this case may be resolved through settlement;

The parties hereby stipulate, through their attorneys, as follows:

(1) With the Court's approval, the hearing on the Motion to Dismiss will be moved to March 5, 2012;

(2) In accordance with Local Rule 230, Lexington's Opposition to the Motion to Dismiss will therefore be due on Monday, February 20, 2012; and

(3) In accordance with Local Rule 230, American Casualty and National Fire's Reply to Lexington's Opposition to the Motion to Dismiss will therefore be due on Monday, February 27, 2012.

///

///

2

| | |
|---|---|
| Dated:  January 6, 2012 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By:      s/ Michael J. Schmidt |
| | James P. Wagoner<br>Michael J. Schmidt<br>Attorneys for Defendant<br>LEXINGTON INSURANCE COMPANY |
| Dated:  January 6, 2012 | WOOLS & PEER |
| | By:      s/ Jeffrey A. Dollinger |
| | Jeffrey A. Dollinger<br>Attorneys for Plaintiffs<br>AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, AND NATIONAL FIRE INSURANCE OF HARTFORD, successor by merger to TRANSCONTINENTAL INSURANCE COMPANY |
| Dated:  January 6, 2012 | COVINGTON & BURLING LLP |
| | By:      s/ Esta L. Brand |
| | Esta L. Brand<br>Attorneys for Defendant<br>WESTERN ENVIRONMENTAL CONSULTANTS |
| Dated:  January 6, 2012 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | By:      s/ Stephen M. Knaster |
| | Richard J. DeNatale<br>Stephen M. Knaster<br>Attorneys for Defendant<br>PACIFIC GAS & ELECTRIC COMPANY |
| Dated:  January 6, 2012 | JAMPOL ZIMET LLP |
| | By:      s/ Marcus Dong |
| | Alan R. Jampol<br>Marcus Dong<br>Attorneys for Defendant<br>UNDERWRITERS AT LLOYD'S LONDON |

**IT IS SO ORDERED.**

1/9/11

GARLAND E. BURRELL, JR.
United States District Judge

3