IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by merger to TRANSCONTINENTAL INSURANCE COMPANY,<br><br>            Plaintiffs,<br><br>      v.<br><br>WESTERN ENVIRONMENTAL CONSULTANTS, INC., a California Corporation; and PACIFIC GAS & ELECTRIC COMPANY, a California Corporation; LEXINGTON INSURANCE COMPANY; UNDERWRITERS AT LLOYD'S LONDON,<br><br>            Defendants.<br>_____<br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS<br>_____ | 2:10-cv-02806-GEB-EFB<br><br>ORDER RE ORDER TO SHOW CAUSE |

Counsel for each party was issued an Order to Show Cause ("OSC") on November 17, 2012, for failing to file a status report, to which they responded. (ECF Nos. 131, 133.) Although the responses reveal each counsel could be sanctioned, the Court will not impose a sanction this time. Therefore, Lexington Insurance Company and Underwriters at

Lloyd's London's request for a hearing on the sanctions issue is unnecessary and is not scheduled.

Dated: February 6, 2012

                                                           GARLAND E. BURRELL, JR.
United States District Judge

Lloyd's London's request for a hearing on the sanctions issue is unnecessary and is not scheduled.

Dated: February 6, 2012

GARLAND E. BURRELL, JR.
United States District Judge

Lloyd's London's request for a hearing on the sanctions issue is unnecessary and is not scheduled.

Dated: February 6, 2012

GARLAND E. BURRELL, JR.
United States District Judge