IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by merger to TRANSCONTINENTAL INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>    v.<br><br>WESTERN ENVIRONMENTAL CONSULTANTS, INC., a California Corporation; and PACIFIC GAS & ELECTRIC COMPANY, a California Corporation; LEXINGTON INSURANCE COMPANY; UNDERWRITERS AT LLOYD'S LONDON,<br><br>        Defendants.<br>_____<br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS<br>_____ | 2:10-cv-02806-GEB-EFB<br><br>ORDER |

        The parties filed a Joint Status Report on January 30, 2012, in which they state: "[t]he parties have . . . engaged in substantive settlement discussions and have come to a tentative settlement agreement. The parties believe they will work out the particulars of the settlement . . . and that all remaining claims and active pleadings will be dismissed within 60 days of filing this report, if not sooner." (ECF No. 137, 5:3-6.)

1    Therefore, a dispositional document shall be filed no later
2  than March 30, 2012. Failure to respond by this deadline may be
3  construed as consent to dismissal of this action without prejudice, and
4  a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to
5  file dispositional papers on the date prescribed by the Court may be
6  grounds for sanctions.").
7    Further, American Casualty Company of Redding, Pennsylvania
8  and National Fire Insurance Company of Hartford's pending dismissal
9  motion (ECF No. 126), which is scheduled for hearing on March 5, 2012,
10 is deemed withdrawn in light of the above-referenced settlement.
11   Lastly, the Status Conference scheduled for hearing on
12 February 13, 2012, is continued to April 23, 2012, commencing at 9:00
13 a.m., in the event no dispositional document is filed, or if this action
14 is not otherwise dismissed.[1]  A joint status report shall be filed
15 fourteen (14) days prior to the Status Conference.
16   IT IS SO ORDERED.
17 Dated: February 6, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2