DAVID B. GOODWIN (Bar No. 104469)
ESTA L. BRAND (Bar No. 83329)
**COVINGTON & BURLING LLP**
One Front Street, 35th Floor
San Francisco, CA  94111
Telephone:  (415) 591-7022
Facsimile:  (415) 955-6522
E-mail:  ebrand@cov.com

Attorneys for Defendant
Western Environmental Consultants, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, ET AL.,<br><br>        Plaintiffs,<br><br>    v.<br><br>WESTERN ENVIRONMENTAL CONSULTANTS, INC., et al.<br><br>        Defendants. | Civil Case No. 2:10-CV-02806-GEB-EFI<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>**Judge:   Hon. Garland E. Burrell, Jr.**<br>**Courtroom:  10** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that:

1.      Western Environmental Consultants, Inc.'s counterclaim against counter-defendants American Casualty Company of Reading, Pennsylvania and National Fire Insurance Company of Hartford is dismissed without prejudice under Federal Rules 41(a)(1)(A)(ii) and 41(c).

---

2.     Lexington Insurance Company's cross claim against cross-defendants Pacific Gas and Electric Company and Western Environmental Consultants, Inc. is dismissed without prejudice pursuant to Federal Rules 41(a)(1)(A)(ii) and 41(c). Lexington's counterclaim against counter-defendants American Casualty Company of Reading, Pennsylvania and National Fire Insurance Company of Hartford remain and are not dismissed by way of this stipulation.

3.     Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

DATED:  January 30, 2012          COVINGTON & BURLING LLP


/s/ Esta L. Brand
DAVID B. GOODWIN
ESTA L. BRAND
Attorneys for Cross-Defendant/Counter-Claimant
WESTERN ENVIRONMENTAL
CONSULTANTS, INC.

DATED:  January 30, 2012          WOOLLS & PEER

A Professional Corporation


/s/ Caitlin R. Zapf
JOHN E. PEER
JEFFREY A. DOLLINGER,
CAITLIN R. ZAPF,
Attorneys for Counter-Defendants AMERICAN
CASUALTY COMPANY OF READING,
PENNSYLVANIA, and NATIONAL FIRE
INSURANCE COMPANY OF HARTFORD,
successor by merger to Transcontinental
Insurance Company


DATED:  January 30, 2012          MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


/s/ Michael J. Schmidt
JAMES P. WAGONER
MICHAEL J. SCHMIDT
Attorneys for Counter-Claimant /Cross-Claimant/Cross-Defendant
LEXINGTON INSURANCE COMPANY

- 2 -

1

2 DATED:  January 30, 2012          JAMPOL ZIMET LLP

3
                                    /s/ Marcus Dong
4                                   ALAN R. JAMPOL
                                    MARCUS DONG
5                                   Attorneys for Defendant/Counter-Claimant
                                    UNDERWRITERS AT LLOYD'S LONDON
6

7
  DATED:  January 30, 2012          ORRICK, HERRINGTON & SUTCLIFFE LLP
8

9                                   /s/ Stephen M. Knaster
                                    RICHARD J. DENATALE
10                                  STEPHEN M. KNASTER
                                    ALEXANDRA L. BRANDON
11                                  Attorneys for Cross-Defendant
                                    PACIFIC GAS AND ELECTRIC COMPANY
12

13        IT IS SO ORDERED.

14

15        **Date:  2/9/2012**

16

17

18                                  _____
                                    GARLAND E. BURRELL, JR.
19                                  United States District Judge

20

21

22

23

24

25

26

27

28