DAVID B. GOODWIN (Bar No. 104469)
ESTA L. BRAND (Bar No. 83329)
**COVINGTON & BURLING LLP**
One Front Street, 35th Floor
San Francisco, CA  94111
Telephone:  (415) 591-7022
Facsimile:  (415) 955-6522
E-mail:  ebrand@cov.com

Attorneys for Defendant
Western Environmental Consultants, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WESTERN ENVIRONMENTAL CONSULTANTS, INC., et al. <br><br> Defendants. | Civil Case No. 2:10-CV-02806-GEB-EFB <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** <br><br> **Judge:   Hon. Garland E. Burrell, Jr.** <br> **Courtroom: 10** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that:

1. Western Environmental Consultants, Inc.'s counterclaim against counter-defendants American Casualty Company of Reading, Pennsylvania and National Fire Insurance Company of Hartford is dismissed without prejudice under Federal Rules 41(a)(1)(A)(ii) and 41(c).

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL                  Case No. 2:10-CV-02806-LKK-GGH

2. Lexington Insurance Company's cross claim against cross-defendants Pacific Gas and Electric Company and Western Environmental Consultants, Inc. is dismissed without prejudice pursuant to Federal Rules 41(a)(1)(A)(ii) and 41(c). Lexington's counterclaim against counter-defendants American Casualty Company of Reading, Pennsylvania and National Fire Insurance Company of Hartford remain and are not dismissed by way of this stipulation.

3. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

DATED: January 30, 2012         COVINGTON & BURLING LLP

/s/ Esta L. Brand
DAVID B. GOODWIN
ESTA L. BRAND
Attorneys for Cross-Defendant/Counter-Claimant
WESTERN ENVIRONMENTAL CONSULTANTS, INC.

DATED: January 30, 2012         WOOLLS & PEER

A Professional Corporation

/s/ Caitlin R. Zapf
JOHN E. PEER
JEFFREY A. DOLLINGER,
CAITLIN R. ZAPF,
Attorneys for Counter-Defendants AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by merger to Transcontinental Insurance Company

DATED: January 30, 2012         MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

/s/ Michael J. Schmidt
JAMES P. WAGONER
MICHAEL J. SCHMIDT
Attorneys for Counter-Claimant /Cross-Claimant/Cross-Defendant
LEXINGTON INSURANCE COMPANY

DATED:  January 30, 2012          JAMPOL ZIMET LLP

/s/ Marcus Dong
ALAN R. JAMPOL
MARCUS DONG
Attorneys for Defendant/Counter-Claimant
UNDERWRITERS AT LLOYD'S LONDON


DATED:  January 30, 2012          ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Stephen M. Knaster
RICHARD J. DENATALE
STEPHEN M. KNASTER
ALEXANDRA L. BRANDON
Attorneys for Cross-Defendant
PACIFIC GAS AND ELECTRIC COMPANY

IT IS SO ORDERED.

**Date:  2/9/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge