IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by merger to TRANSCONTINENTAL INSURANCE COMPANY,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>WESTERN ENVIRONMENTAL CONSULTANTS, INC., a California Corporation; and PACIFIC GAS & ELECTRIC COMPANY, a California Corporation; LEXINGTON INSURANCE COMPANY; UNDERWRITERS AT LLOYD'S LONDON,<br><br>　　　　　　Defendants.<br>_____<br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS<br>_____ | 2:10-cv-02806-GEB-EFB<br><br><u>ORDER OF DISMISSAL</u> |

　　　　An Order was filed on February 7, 2012, which directed the parties to file a dispositional document no later than March 30, 2012. (ECF No. 139, 2:1-2.) The February 7, 2012, Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. <u>Id.</u>

　　　　The referenced dispositional document was supposed to have been filed concerning the following pleadings: Underwriters at Lloyd's London's Counterclaim against American Casualty Company of Reading, Pennsylvania and National Fire Insurance Company of Hartford filed on

August 26, 2011 (ECF No. 111); Underwriters at Lloyd's London's Crossclaim against Lexington Insurance Company filed on August 26, 2011 (ECF No. 113); and Lexington Insurance Company's Third Amended Counterclaim against American Casualty Company of Reading, Pennsylvania and National Fire Insurance Company of Hartford filed on October 26, 2011 (ECF No. 125). However, no dispositional document concerning these pleadings has been filed, and the parties have not provided any reason for the continued pendency of this action. Therefore, the referenced pleadings are dismissed without prejudice, and this action shall be closed.

IT IS SO ORDERED.

Dated: April 9, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge